# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR470** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **IGNACIO PALMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the time to file objections to the Presentence Investigation Report (Filing No. 38).

IT IS ORDERED:

1. The Defendant's motion to extend the time to file objections to the Presentence Investigation Report (Filing No. 38) is granted; and

2. The Defendant shall file any objections to the Presentence Investigation Report on or before June 15, 2005.

DATED this 9th day of June, 2005.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge