**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR470** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **IGNACIO PALMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's motion for final forfeiture (Filing No.

41).  In light of the recently discovered need to issue the amended order of preliminary

forfeiture, the motion is denied without prejudice.

IT IS ORDERED that the Plaintiff's motion for final forfeiture (Filing No. 41) is denied

without prejudice.

DATED this 25th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge